# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STRAUB, CHESTER J. | U.S. COURT OF APPEALS, 2ND CIR | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE - SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $6,377.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **FIDELITY INVESTMENTS** | | | | | | | | | |
| 2. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 3. HEWLETT PACKARD COMMON | B | Dividend | L | T | | | | | |
| 4. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 5. HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 6. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | A | Dividend | J | T | | | | | |
| 7. IBM COMMON | C | Dividend | N | T | | | | | |
| 8. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 9. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 10. EXXON COMMON | A | Dividend | J | T | | | | | |
| 11. COMMONWEALTH REIT COMMON (FORMERLY HRPT PROPERTIES TRUST) | A | Dividend | J | T | | | | | |
| 12. COHEN & STEERS REALTY SHARES | B | Dividend | K | T | Buy (add'l) | 03/30/12 | J | | |
| 13. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 14. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 15. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 16. FIDELITY MUNICIPAL MONEY MARKET | A | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. NEW YORK NY GO BDS SUBERIES 5% BOND | C | Interest | M | T | | | | | |
| 18. METROPOLITAN TRANSN AUTH NY 5.5% BOND | C | Interest | L | T | | | | | |
| 19. FORTESCUE METALS GROUP LTD COMMON | A | Dividend | J | T | | | | | |
| 20. GOLDMAN SACHS GROUP INC COMMON | A | Dividend | L | T | | | | | |
| 21. WALMART STORES INC COMMON | A | Dividend | K | T | | | | | |
| 22. FIDELITY NY MUNI MM | A | Interest | M | T | | | | | |
| 23. TEMPLETON GLOBAL BOND ADVISOR FUND | D | Dividend | L | T | Buy (add'l) | 01/19/12 | J | | |
| 24. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 25. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 26. | | | | | Buy (add'l) | 04/18/12 | J | | |
| 27. | | | | | Buy (add'l) | 5/17/12 | J | | |
| 28. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 29. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 30. | | | | | Buy (add'l) | 8/17/12 | J | | |
| 31. | | | | | Buy (add'l) | 9/19/12 | J | | |
| 32. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 33. | | | | | Buy (add'l) | 11/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 35. SPDR S&P MIDCAP 400 ETF FUND | A | Dividend | J | T | Sold (part) | 7/17/12 | J | A | |
| 36. FIDELITY CONTRAFUND | A | Dividend | K | T | Buy (add'l) | 12/14/12 | J | | |
| 37. FIDELITY LOW PRICED STOCK FUND | D | Dividend | M | T | Sold (part) | 7/17/12 | L | A | |
| 38. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 39. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 40. BARRON GROWTH FUND INSTL CLASS | C | Dividend | K | T | Buy (add'l) | 11/29/12 | J | | |
| 41. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 42. BLACKROCK EQUITY DIV FUND | B | Dividend | M | T | Buy (add'l) | 4/18/12 | J | | |
| 43. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 44. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 45. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 46. AMERICAN GROWTH FUND OF AMERICA | | None | | | Sold | 1/5/12 | K | A | |
| 47. ROYCE TOTAL RETURN FUND | B | Dividend | K | T | Buy (add'l) | 3/8/12 | J | | |
| 48. | | | | | Buy (add'l) | 6/7/12 | J | | |
| 49. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 50. | | | | | Buy (add'l) | 12/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 52. TWEEDY BROWNE GLOBAL VALUE FUND | C | Dividend | K | T | Buy (add'l) | 12/27/12 | J | | |
| 53. VANGUARD LIMITED TERM TAX EXEMPT ADMIRAL FUND | B | Interest | M | T | Buy (add'l) | 1/31/12 | J | | |
| 54. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 55. | | | | | Buy (add'l) | 3/30/12 | J | | |
| 56. | | | | | Buy (add'l) | 4/30/12 | J | | |
| 57. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 58. | | | | | Buy (add'l) | 6/29/12 | J | | |
| 59. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 60. | | | | | Buy (add'l) | 8/31/12 | J | | |
| 61. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 62. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 63. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 64. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 65. BBH CORE SELECT FUND | A | Dividend | K | T | Buy | 1/5/12 | K | | |
| 66. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 67. **CITIBANK ACCOUNTS** | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. CHECKING | | None | K | T | | | | | |
| 69. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 70. MARSH & MCLENNAN COMMON | A | Dividend | K | T | | | | | |
| 71. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 72. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | L | T | Sold (part) | 7/17/12 | L | E | |
| 73. TWEEDY BROWNE GLOBAL VALUE FUND | D | Dividend | M | T | Buy (add'l) | 12/27/12 | J | | |
| 74. BARON GROWTH FUND | C | Dividend | K | T | Sold (part) | 7/6/12 | M | E | |
| 75. | | | | | Sold (part) | 7/12/12 | K | D | |
| 76. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 77. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 78. BLACKROCK GLOBAL ALLOC FUND | D | Dividend | O | T | Buy (add'l) | 7/19/12 | J | | |
| 79. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 80. AMERICAN GROWTH FUND CL F2 | | None | | | Sold | 1/5/12 | K | D | |
| 81. ROYCE TOTAL RETURN FUND | C | Dividend | K | T | Buy (add'l) | 3/8/12 | J | | |
| 82. | | | | | Buy (add'l) | 6/7/12 | J | | |
| 83. | | | | | Sold (part) | 7/6/12 | L | E | |
| 84. | | | | | Buy (add'l) | 9/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 9/18/12 | K | D | |
| 86. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 87. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 88. GOOGLE COMMON | | None | K | T | | | | | |
| 89. FIDELITY CONTRAFUND | B | Dividend | M | T | Sold (part) | 3/14/12 | J | B | |
| 90. | | | | | Sold (part) | 3/27/12 | K | C | |
| 91. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 92. IVY ASSET STRATEGY FUND | E | Dividend | O | T | Sold (part) | 9/18/12 | K | A | |
| 93. | | | | | Buy (add'l) | 12/13/12 | K | | |
| 94. TEMPLETON GLOBAL BOND ADVISOR FUND | E | Dividend | N | T | Buy (add'l) | 1/19/12 | J | | |
| 95. | | | | | Buy (add'l) | 02/17/12 | J | | |
| 96. | | | | | Buy (add'l) | 3/19/12 | J | | |
| 97. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 98. | | | | | Buy (add'l) | 5/17/12 | J | | |
| 99. | | | | | Buy (add'l) | 6/19/12 | J | | |
| 100. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 101. | | | | | Buy (add'l) | 8/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 9/19/12 | J | | |
| 103. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 104. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 105. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 106. BERKSHIRE HATHAWAY INC COMMON | | None | M | T | | | | | |
| 107. INTEL CORP COMMON | A | Dividend | J | T | | | | | |
| 108. JP MORGAN CHASE & CO COMMON | B | Dividend | L | T | | | | | |
| 109. MATTHEWS CHINA FUND | A | Dividend | K | T | Buy (add'l) | 12/13/12 | J | | |
| 110. PIMCO TOTAL RETURN INSTL FUND | E | Dividend | N | T | Buy (add'l) | 1/31/12 | J | | |
| 111. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 112. | | | | | Buy (add'l) | 3/30/12 | J | | |
| 113. | | | | | Buy (add'l) | 4/30/12 | J | | |
| 114. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 115. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 116. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 117. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 118. | | | | | Sold (part) | 9/18/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 120. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 121. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 122. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 123. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 124. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 125. MORGAN STANLEY GLOBAL LONG/ SHORT FUND | D | Dividend | N | T | Buy (add'l) | 12/21/12 | J | | |
| 126. APPLE INC COMMON | A | Dividend | L | T | | | | | |
| 127. BANK OF AMERICA COMMON | A | Dividend | K | T | | | | | |
| 128. CANNON INC ADR | A | Dividend | J | T | | | | | |
| 129. COMPAGNIE FINANCIERE RICHEMONT ADR | A | Dividend | J | T | | | | | |
| 130. WALT DISNEY CO COMMON | A | Dividend | J | T | | | | | |
| 131. SCHLUMNBERGER LIMITED COMMON | A | Dividend | J | T | | | | | |
| 132. SIEMENS AG ADR | A | Dividend | J | T | | | | | |
| 133. BLACKROCK EQUITY DIVIDEND FUND | B | Dividend | L | T | Buy (add'l) | 4/18/12 | J | | |
| 134. | | | | | Sold (part) | 7/12/12 | K | B | |
| 135. | | | | | Buy (add'l) | 7/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 137. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 138. NOVO NORDISK ADR COMMON | A | Dividend | K | T | | | | | |
| 139. HERZFELD CARIBBEAN BASIN FUND INC | A | Dividend | K | T | Buy | 3/27/12 | K | | |
| 140. BBH CORE SELECT FUND CL N | C | Dividend | M | T | Buy | 7/6/12 | M | | |
| 141. | | | | | Buy (add'l) | 7/12/12 | K | | |
| 142. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 143. JPMORGAN LARGE CAP GROWTH SELECT FUND | A | Dividend | M | T | Buy | 1/5/12 | K | | |
| 144. | | | | | Buy (add'l) | 7/6/12 | M | | |
| 145. | | | | | Buy (add'l) | 7/12/12 | K | | |
| 146. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 147. **FIDELITY IRA** | | | | | | | | | |
| 148. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 149. AMERICAN GROWTH (GFAFX) | | None | | | Sold | 1/5/12 | J | A | |
| 150. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy | 1/5/12 | J | | |
| 151. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 152. **FIDELITY IRA** | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 154. TWEEDY BROWNE GLOBAL VALUE FUND | C | Dividend | K | T | Buy (add'l) | 12/27/12 | J | | |
| 155. BARON GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 11/29/12 | J | | |
| 156. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 157. FIDELITY CONTRAFUND | A | Dividend | J | T | | | | | |
| 158. BANK OF AMERICA CORP COMMON | A | Dividend | L | T | | | | | |
| 159. **MORGAN STANLEY SB IRA** | | | | | | | | | |
| 160. DREYFUS MONEY MARKET | A | Interest | | | Closed | 07/06/12 | J | | |
| 161. MILWAUKEE WIS PROM NTS 4.1% | A | Interest | K | T | | | | | |
| 162. TIMPANOGOS SPL SVC DIST UTAH 4.69% | A | Interest | K | T | | | | | |
| 163. FLORIDA ST BRD ED LOTTERY REV 4.941% | A | Interest | K | T | | | | | |
| 164. VERMONT ST SER A-2 4.0% | A | Interest | K | T | | | | | |
| 165. METROPOLITAN COUNCIL MINN 4.4% | B | Interest | | | Redeemed | 09/24/12 | K | C | |
| 166. BRAZORIA CNTY TEX SER B 4.594% | A | Interest | K | T | | | | | |
| 167. HAMILTON MICH CMNTY SCHS DIST 5.0% | A | Interest | K | T | | | | | |
| 168. WISCONSIN ST CLEAN WTR REV SER 4.391% | A | Interest | K | T | | | | | |
| 169. NEW YORK ST ENVIRONMENTAL FACS 4.469% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. SAN LUIS OBISPO CNTY CALIF 7.45% | B | Interest | K | T | | | | | |
| 171. OHIO STATE 5.331% | B | Interest | K | T | | | | | |
| 172. NEW YORK NY FOR PRIOR ISSUES BOND 4.899% | A | Interest | K | T | | | | | |
| 173. TACOMA WASH TAXABLE 4.241% | A | Interest | J | T | | | | | |
| 174. IOWA FIN AUTH REV 3.93% | A | Interest | J | T | | | | | |
| 175. TRIBOROUGH BRIDGE & TUNNEL AUTHORITY NY BOND 5.15% | A | Interest | K | T | Buy | 9/24/12 | K | | |
| 176. MORGAN STANLEY LIQUID ASSET MM FUND | A | Interest | J | T | Open | 07/06/12 | J | | |
| 177. **MORGAN STANLEY SB** | | | | | | | | | |
| 178. MORGAN STANLEY US GOVT MM TRUST | A | Interest | K | T | | | | | |
| 179. SOUTH CAROLINA ST PUB AUTH 4.0% | A | Interest | K | T | | | | | |
| 180. CHATTANOOGA TENN ELEC REV 5.0% | A | Interest | K | T | | | | | |
| 181. NEW YORK NY SER A-1 5.0% | A | Interest | K | T | | | | | |
| 182. HUNTSVILLE ALA RFDG & CAP SER A 4.0% | A | Interest | K | T | | | | | |
| 183. NORTH TEX MUN WTR DIST TEX 5.0% | A | Interest | K | T | | | | | |
| 184. JEA FLA WTR & SWR SYS REV SER A 5.0% | A | Interest | K | T | | | | | |
| 185. MIAMI-DADE CNTY FLA TRAN SYS SER A 5.0% | A | Interest | K | T | | | | | |
| 186. FORT BEND TEX FLOOD CTL WTR SUPPLY 4.0% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. COLUMBIA CNTY GA WTR & SEW REV 5.0% | A | Interest | K | T | | | | | |
| 188. SCOTTSDALE ARIZ MUN PPTY CORP 5.0% | A | Interest | K | T | | | | | |
| 189. CALIFORNIA ST DEPT WTR RES PWR SER L 5.0% | A | Interest | K | T | | | | | |
| 190. PENNSYLVANIA ST HIGHER EDL 5% | B | Interest | K | T | | | | | |
| 191. SEATTLE WASH MUN LT & PWR 5% | B | Interest | L | T | | | | | |
| 192. NY ST DORM AUTH ST PERS 5% | B | Interest | K | T | | | | | |
| 193. NY ST ENVIRONMENTAL FACS CORP 4% | B | Interest | K | T | | | | | |
| 194. FLORIDA ST BRD ED CAP 5% | B | Interest | K | T | | | | | |
| 195. OREGON ST DEPT ADMINISTRATIVE SERVICES 5% | B | Interest | K | T | | | | | |
| 196. IOWA ST SPL OBLIG SER A 5% | B | Interest | L | T | | | | | |
| 197. LUBBOCK TEX OBLIG WATERWORKS 5% | B | Interest | K | T | | | | | |
| 198. PALM BEACH COUNTY FLA PUB BOND | A | Interest | K | T | Buy | 6/8/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHESTER J. STRAUB**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544